**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**OFFICE OF THE CLERK**
**255 EAST TEMPLE STREET, ROOM 180**
**LOS ANGELES, CALIFORNIA 90012**

———

**OFFICIAL BUSINESS**

Case: 2:26cv3795   Doc: 22

Diana  Gonzalez
Gonzalez Weerasuriya APC
206 West A Street  Suite 340
Santa Ana, CA 92701

2:26 cv 3795-FLA



FILED
CLERK, U.S. DISTRICT COURT

JUN 1 8 2026

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY



quadient
FIRST-CLASS MAIL
IMI
$002.72⁰
06/04/2026 ZIP 90012
043M31268156
US POSTAGE

-R-T-S-   927015502-1N        06/13/26

RETURN TO SENDER
UNABLE TO FORWARD
UNABLE TO FORWARD
RETURN TO SENDER

Case: 2:26cv3795   Doc: 22

Diana  Gonzalez
Gonzalez Weerasuriya APC
206 West A Street  Suite 340
Santa Ana, CA 92701

MIME-Version:1.0 From:cacd_ecfmail@cacd.uscourts.gov To:ecfnef@cacd.uscourts.gov Bcc:
--Paper recipients: Diana Gonzalez
Gonzalez Weerasuriya APC
206 West A Street Suite 340
Santa Ana CA 92701
--Case Participants: Kerry McCoy Friedrichs (kfriedrichs@seyfarth.com, ktruesdale@seyfarth.com), Ryan Ashley McCoy (mmcarthur@seyfarth.com, rmccoy@seyfarth.com, sfocalendar@seyfarth.com, shobrien@seyfarth.com), Reiko L. Furuta (jblackwell@seyfarth.com, laxdocket@seyfarth.com, rfuruta@seyfarth.com, shobrien@seyfarth.com, vnorris@seyfarth.com), Suren N Weerasuriya (cmacias-hernandez@gwlawapc.com, suren@gwlawapc.com), Judge Fernando L. Aenlle-Rocha (crd_aenlle-rocha@cacd.uscourts.gov), Magistrate Judge Stephanie S. Christensen (crd_christensen@cacd.uscourts.gov)
--Non Case Participants:
--No Notice Sent:
Message-Id:<42762930@cacd.uscourts.gov>Subject:Activity in Case 2:26-cv-03795-FLA-SSC Lupe Ray Sanchez, Jr. v. Airgas USA, LLC et al Scheduling Order Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### Notice of Electronic Filing

The following transaction was entered on 6/3/2026 at 8:42 AM PDT and filed on 6/2/2026

| | |
|---|---|
| **Case Name:** | Lupe Ray Sanchez, Jr. v. Airgas USA, LLC et al |
| **Case Number:** | 2:26-cv-03795-FLA-SSC |
| **Filer:** | |
| **Document Number:** | 22 |

**Docket Text:**
**SCHEDULING AND TRIAL ORDER by Judge Fernando L. Aenlle-Rocha: Final Pretrial Conference set for 2/18/2028 01:30 PM; Jury Trial set for 3/7/2028 08:15 AM ; Motion in Limine set for hearing on 2/18/2028 at 01:30 PM (SEE DOCUMENT FOR COMPLIANCE REQUIREMENTS AND ALL SPECIFIED DEADLINES). (lc)**

**2:26-cv-03795-FLA-SSC Notice has been electronically mailed to:**
Kerry McCoy Friedrichs    kfriedrichs@seyfarth.com, ktruesdale@seyfarth.com
Reiko L. Furuta    laxdocket@seyfarth.com, jblackwell@seyfarth.com, rfuruta@seyfarth.com, shobrien@seyfarth.com, vnorris@seyfarth.com