UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
OFFICE OF THE CLERK
255 EAST TEMPLE STREET, ROOM 180
LOS ANGELES, CALIFORNIA 90012

———

OFFICIAL BUSINESS

FIRST-CLASS MAIL
IMI
$001.90
06/03/2026 ZIP 90012
043M31268156

US POSTAGE

Diana  Gonzalez
Gonzalez Weerasuriya APC
106 West A Street  Suite 340
Santa Ana, CA 92701

06/16/26

-R-T-S-     927015006-1N

RETURN TO SENDER
UNABLE TO FORWARD
UNABLE TO FORWARD
RETURN TO SENDER

2:26 CV 3795-FLA



FILED
CLERK, U.S. DISTRICT COURT
JUN 23 2026
CENTRAL DISTRICT OF CALIF.
BY

EP



RECEIVED
CLERK, U.S. DISTRICT COURT
JUN 23 2026
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

Case: 2:26cv03795  Doc: 21

Diana  Gonzalez
Gonzalez Weerasuriya APC
206 West A Street  Suite 340
Santa Ana, CA 92701

MIME-Version:1.0 From:cacd_ecfmail@cacd.uscourts.gov To:ecfnef@cacd.uscourts.gov Bcc:
--Paper recipients: Diana Gonzalez
Gonzalez Weerasuriya APC
206 West A Street Suite 340
Santa Ana CA 92701
--Case Participants: Kerry McCoy Friedrichs (kfriedrichs@seyfarth.com, ktruesdale@seyfarth.com),
Ryan Ashley McCoy (mmcarthur@seyfarth.com, rmccoy@seyfarth.com, sfocalendar@seyfarth.com,
shobrien@seyfarth.com), Reiko L. Furuta (jblackwell@seyfarth.com, laxdocket@seyfarth.com,
rfuruta@seyfarth.com, shobrien@seyfarth.com, vnorris@seyfarth.com), Suren N Weerasuriya
(cmacias-hernandez@gwlawapc.com, suren@gwlawapc.com), Judge Fernando L. Aenlle-Rocha
(crd_aenlle-rocha@cacd.uscourts.gov), Magistrate Judge Stephanie S. Christensen
(crd_christensen@cacd.uscourts.gov)
--Non Case Participants:
--No Notice Sent:
Message-Id:<42754407@cacd.uscourts.gov>Subject:Activity in Case 2:26-cv-03795-FLA-SSC Lupe
Ray Sanchez, Jr. v. Airgas USA, LLC et al Order/Referral to ADR (No 3) (Private Mediator)
(ADR-12) Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT
RESPOND to this e-mail because the mail box is unattended.
\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy
permits attorneys of record and parties in a case (including pro se litigants) to receive one free
electronic copy of all documents filed electronically, if receipt is required by law or directed by
the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of
each document during this first viewing. However, if the referenced document is a transcript, the
free copy and 30 page limit do not apply.**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**
The following transaction was entered on 6/2/2026 at 10:47 AM PDT and filed on 6/2/2026

| | |
|---|---|
| **Case Name:** | Lupe Ray Sanchez, Jr. v. Airgas USA, LLC et al |
| **Case Number:** | 2:26-cv-03795-FLA-SSC |
| **Filer:** | |
| **Document Number:** | 21 |

**Docket Text:**
**ORDER/REFERRAL to ADR Procedure No 3 by Judge Fernando L. Aenlle-Rocha. Case
ordered to a private mediator based upon a stipulation of the parties or by the court order. ADR
Proceeding to be held no later than 01/14/2028. (tf)**

**2:26-cv-03795-FLA-SSC Notice has been electronically mailed to:**
Kerry McCoy Friedrichs    kfriedrichs@seyfarth.com, ktruesdale@seyfarth.com
Reiko L. Furuta    laxdocket@seyfarth.com, jblackwell@seyfarth.com, rfuruta@seyfarth.com,
shobrien@seyfarth.com, vnorris@seyfarth.com